UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN HARRIS | CIVIL ACTION |
| VERSUS | NO. 24-12 |
| HOME DEPOT U.S.A., INC. | SECTION: "O" (3) |

# ORDER AND REASONS

Before the Court is Defendant Home Depot U.S.A., Inc.'s Motion to Compel (R. Doc. 13) Plaintiff Calvin Harris to respond to its interrogatories and requests for production of documents. Defendant propounded discovery requests on January 10, 2024.[1] Plaintiff's response was due in thirty days. Fed. Rs. Civ. P. 33(b)(2), 34(b)(2)(A). However, Plaintiff has yet to respond or produce any of the requested materials. Defendant's effort to resolve this dispute without court intervention failed.[2]

Plaintiff did not file any opposition or otherwise respond to Defendant's Motion. The deadline to do so has passed. Plaintiff has thus offered no excuse nor explanation for his failure to respond timely to Defendant's interrogatories and requests for production. Under these circumstances, Defendant is entitled to an order compelling Plaintiff to comply with his discovery obligations in this matter. Accordingly,

---

[1] R. Doc. 13-3.
[2] R. Docs. 13-4–6.

1

**IT IS ORDERED** that the Motion to Compel (R. Doc. 13) is **GRANTED.** Plaintiff must respond fully to Defendant's interrogatories and requests for production no later than **December 24, 2024**. Boilerplate objections will not suffice, and any claim of privilege or work-product protection must include a privilege log. Should Defendant consider any of the responses to be deficient, it may file an additional motion to compel with a request for expedited consideration and/or schedule a telephone status conference with the Court.

**IT IS FURTHER ORDERED** that the Court will not award attorney's fees at this time but will **HOLD IN ABEYANCE** Defendant's request for fees pending further developments in discovery. Defendant may reassert this request in a motion for attorney's fees if/when it deems appropriate.

New Orleans, Louisiana, this 13th day of December, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE